INDEPENDENT LIFE INSURANCE COMPANY OF AMERICA
v. BABB.

Court of Appeals of Kentucky.

(Decided June 22, 1934.)

WHEELER, WHEELER & SHELBOURNE for movant
C. C. GRASSHAM, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

METROPOLITAN LIFE INSURANCE COMPANY v. MYRICK'S
ADMINISRATOR.

Court of Appeals of Kentucky.

(Decided June 6, 1934.)

WHEELER, WHEELER & SHELBOURNE for movant.
WELLS & WELLS and CHARLES FERGUSON, opposed.
PER CURIAM.

Appeal denied; judgment affirmed.

MULLINS v. CECIL, CLARIA and MARIE JOHNSON, by Their
Mother and Next Friend.

Court of Appeals of Kentucky.

(Decided June 15, 1934.)

E. J. PICKLESIMER for appellants.
A. F. CHILDERS for appellees.

PER CURIAM.

Appeal denied; judgment affirmed.